UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| JAMES CARMACK, MICHAEL NEUBERGER, BAHRAM SALEHIAN, AND ANDREW SONG, Individually and on Behalf of all Others Similarly Situated, | : | Hon. Joseph H. Rodriguez |
| | : | Civil Action No. 16-1884 |
| | : | ORDER |
| Plaintiffs, | : | |
| v. | : | |
| AMAYA INC., DAVID BAAZOV, DANIEL SEBAG, DIVYESH GADHIA, AND HARLAN GOODSON, | : | |
| | : | |
| Defendants. | : | |

This matter having come before the Court on four motions to dismiss filed by Defendants; and

The Court having heard oral argument on the motions on May 23, 2017; and

For the reasons placed on the record that day and those provided in the accompanying Opinion issued this date,

IT IS ORDERED this 15th day of June, 2017 that the motions of Defendants Amaya, Inc. [47] and David Baazov [50] are hereby DENIED.

IT IS FURTHER ORDERED that the motions of Daniel Sebag [48] and Divyesh Gadhia and Harlan Goodson [49] are hereby GRANTED IN PART and DENIED IN PART.

/s/ Joseph H. Rodriguez
JOSEPH H. RODRIGUEZ
U.S.D.J.