**THE ROSEN LAW FIRM, P.A.**
Laurence Rosen (LR-5733)
609 W. South Orange Avenue, Suite 2P
South Orange, NJ 07079
Tel: (973) 313-1887
Fax: (973) 833-0399
Email: lrosen@rosenlegal.com

Counsel for Lead Plaintiff

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JAMES CARMACK, MICHAEL NEUBERGER, BAHRAM SALEHIAN, AND ANDREW SONG, Individually and on Behalf of all Others Similarly Situated,<br><br>      Plaintiffs,<br><br>- *against* -<br><br>AMAYA INC., DAVID BAAZOV, AND DANIEL SEBAG, DIVYESH GADHIA, AND HARLAN GOODSON,<br><br>      Defendants. | Case No. 16-CV-01884-JHR-JS |

**NOTICE OF MOTION AND MOTION FOR (I) FINAL APPROVAL OF CLASS ACTION SETTLEMENT, AND (II) A FINAL DETERMINATION THAT CLASS CERTIFICATION FOR SETTLEMENT PURPOSES IS <u>APPROPRIATE</u>**

Pursuant to Federal Rule of Civil Procedure 23(e) and for the reasons set forth in the accompanying Memorandum of Law, Lead Plaintiffs James Carmack, Michael Neuberger, Bahram Salehian, and Andrew Song, by and through his undersigned attorneys, hereby moves this court for entry of an Order (a) finally approving the settlement between Lead Plaintiff and Defendants Defendants Amaya, Inc. (now known as The Stars Group, Inc. and hereinafter referred to as "Amaya"), David Baazov, Daniel Sebag, Divyesh Gadhia, and Harlan Goodson (collectively, "Defendants"); and (b) determining that Class treatment is appropriate. The Defendants do not oppose the relief requested by this motion.

Dated: November 13, 2018          Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

/s/ Laurence M. Rosen
**THE ROSEN LAW FIRM, P.A.**
Laurence Rosen (LR-5733)
609 W. South Orange Avenue, Suite 2P
South Orange, NJ 07079
Tel: (973) 313-1887
Fax: (973) 833-0399
Email: lrosen@rosenlegal.com

Counsel for Lead Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on November 13, 2018.

Dated:  November 13, 2018　　　　　　　　　　　　　　　　/s/ Laurence Rosen