**THE ROSEN LAW FIRM, P.A.**
Laurence Rosen (LR-5733)
609 W. South Orange Avenue, Suite 2P
South Orange, NJ 07079
Tel: (973) 313-1887
Fax: (973) 833-0399
Email: lrosen@rosenlegal.com

Counsel for Lead Plaintiff

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JAMES CARMACK, MICHAEL NEUBERGER, BAHRAM SALEHIAN, AND ANDREW SONG, Individually and on Behalf of all Others Similarly Situated,<br><br>       Plaintiffs,<br><br> - *against* -<br><br>AMAYA INC., DAVID BAAZOV, AND DANIEL SEBAG, DIVYESH GADHIA, AND HARLAN GOODSON,<br><br>       Defendants. | Case No. 16-CV-01884-JHR-JS<br><br>Hearing Date: December 4, 2018 |

**NOTICE OF MOTION AND MOTION FOR AWARD OF ATTORNEYS' FEES AND EXPENSES AND COMPENSATORY AWARDS FOR LEAD PLAINTIFFS**

Pursuant to Federal Rule of Civil Procedure 23(e) and for the reasons set forth in the accompanying Memorandum of Law, Lead Plaintiffs James Carmack, Michael Neuberger, Bahram Salehian, and Andrew Song, by and through his undersigned attorneys, hereby moves this court for entry of an Order awarding attorneys' fees, authorizing reimbursement of expenses for Plaintiffs' Counsel, and paying compensatory awards to Lead Plaintiffs. The Defendants do not oppose the relief requested by this motion.

Dated:  November 13, 2018                Respectfully submitted,

                                         **THE ROSEN LAW FIRM, P.A.**

                                         _____/s/ Laurence M. Rosen_____
                                         **THE ROSEN LAW FIRM, P.A.**
                                         Laurence Rosen (LR-5733)
                                         609 W. South Orange Avenue, Suite 2P
                                         South Orange, NJ 07079
                                         Tel: (973) 313-1887
                                         Fax: (973) 833-0399
                                         Email: lrosen@rosenlegal.com

                                         Counsel for Lead Plaintiff

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on November 13, 2018.

Dated:  November 13, 2018                                    <u>/s/ Laurence Rosen</u>