UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Minutes of Proceedings

OFFICE: CAMDEN

**JUDGE JOSEPH H. RODRIGUEZ**             Proceeding Date: 12/4/2018

Court Reporter: Carol Farrell

**TITILE OF CASE:**             Docket NO. 16-1884 (JHR-JS)

JAMES CARMACK ET AL.,
  v.
AMAYA INC. ET AL.,

**APPEARANCES:**

Phillip Kim and Jonathan Stern, Pro Hac Vice for Plaintiffs
Tamar Weinrib, Pro Hac Vice for Plaintiffs
Jason Kislin, Esq. for Deft. AMAYA INC.
Michael P. O'Mullan, Esq. and Bradley Bondi, Pro Hac Vice for Defts. DIVYESH GADHIA and HARLAN GOODSON

**NATURE OF PROCEEDINGS:**  MOTION HEARING

Hearing on Plaintiff's Motion for Final Approval of Settlement (Docket Entry #145)

**DISPOSITION:**

Ordered motion granted.
Order to be entered.

                              s/*David Bruey*
                              **DEPUTY CLERK**

Time Commenced: 11:15 am             Time Adjourned: 11:35 am
                    Total time in Court: <u>20 minutes</u>